# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

**CIVIL NUMBER:**

Petitioner,

v.  **JUDGMENT IN A CIVIL CASE**

Respondent,

**DECISION BY COURT**.  This action came before the Court.  The matter has been fully submitted and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Date:

CLERK, U.S. DISTRICT COURT

_____

By: Deputy Clerk